JOHN H. JONES, administrator &c. of HENRY JONES, deceased, vs. HARPERD
V. D. VAN EPPS.

A delay of three years in moving the court to compel payment of a bill of costs, is considered too great; the motion will be denied on that ground.

*Motion by plaintiff for a rule or order requiring the defendant to pay a taxed bill of costs.*—A judgment was perfected in favor of Henry Jones against the defendant Van Epps, on the 9th July, 1836, in this court, on a report of referees for $157·29 damages and costs. Van Epps moved to set aside the report of the referees, which motion was denied at July term, 1838. On the 19th July, 1838, plaintiff's attorney had his costs taxed at $76·67, for opposing that motion, on due notice. On the 23d July, 1838, Van Epps was served personally with a copy of the rule denying the motion to set aside the report of the referees, and a copy of the taxed bill of costs. Van Epps refused to pay the same on demand, and ever since has refused to pay the same; and the plaintiff alleges the

bill to be still due and unpaid. In September, 1838, Henry Jones, the plaintiff, died intestate. In October term, 1841, the original judgment against Van Epps was revived by scire facias, in favor of and in the name of John H. Jones, his administrator; no part of the costs in the taxed bill before mentioned, was included in the judgment of revival. The plaintiff alleges he has no remedy except by the interposition and order of this court.

M. T. REYNOLDS, *Plff's Counsel.*     J. KOON, *Plff's Atty.*

H. V. D. VAN EPPS, *Defts Counsel.* H. V. D. VAN EPPS, *Atty in pro. per.*

BEARDSLEY, Justice.—Held that the delay was too great, to open the matter now, the motion on that ground must be denied.

*Decision.*—Motion denied, without costs.